# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CHARLES HENRY MOORE, III, | : | Case No. 3:18-cv-145 |
| | | Also Case No. 3:18-cr-21 |
| Petitioner, | | |
| - vs - | | District Judge Thomas M. Rose |
| | | Magistrate Judge Michael R. Merz |
| UNITED STATES OF AMERICA, | | |
| Respondent. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 2), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting no objections were filed, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Petition be DISMISSED without prejudice. Petitioner is DENIED any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis.

May 30, 2018 \*s/Thomas M. Rose
Thomas M. Rose
United States District Judge